|    |    |
|----|----|
| 1  | LAW OFFICES OF |
|    | **FARNELL & NORMAN** |
| 2  | TRIAL LAWYERS |
|    | RONALD E. NORMAN, BAR NO. 104752 |
| 3  | 2020 MAIN STREET, SUITE 770 |
|    | IRVINE, CALIFORNIA 92614 |
| 4  | TELEPHONE (949) 553-1300; FAX (866) 600-2067 |

Attorneys for Plaintiff RYAN VAIR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| RYAN VAIR, | ) CASE NO.: 8:14-cv-01451-CJC-DFM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| ABLE SERVICES, a California Corporation; and DOES 1 through 100, Inclusive, | ) |
| Defendants. | ) |

Plaintiff RYAN VAIR and Defendant CROWN BUILDING MAINTENANCE CO. dba ABLE BUILDING MAINTENANCE (collectively, "The Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1) The above-captioned action, including all claims and counter-claims, if any, hereby be dismissed in its entirety, with prejudice, pursuant to *Federal Rule of Civil Procedure*, Rule 41(a)(1)(A)(ii).

2) Each party shall bear its own costs, expenses, and attorneys' fees related to this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

Date: April 19, 2016   FARNELL & NORMAN

By: /s/ *Ronald E. Norman*
Ronald E. Norman, Esq.
Attorney for Plaintiff RYAN VAIR

Dated: April 19, 2016   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: *[signature]*
Charles L. Thompson IV, Esq.
Attorney for Defendant
CROWN BUILDING MAINTENANCE CO.
dba ABLE BUILDING MAINTENANCE

# UNITED STATES DISTRICT COURT
# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of Orange County, California. I am over 18 years of age, and I am not a party to the above-entitled action. My business address is: Law Offices of Farnell & Norman, 2020 Main Street, Suite 770, Irvine, California 92614.

On this date, *April ___, 2016,* I served a copy of the entitled document **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** on the following person(s) as follows:

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Charles L. Thompson, IV, Esq. (Bar No. 139927)
   charles.thompson@ogletreedeakins.com
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Phone: (415) 442-4810
Fax: (415) 442-4870

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
   Daniel A. Adlong, Esq. (Bar No. 262301)
   daniel.adlong@ogletreedeakins.com
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, California 92626
Phone: (714) 800-7900
Fax: (714) 754-1298

Attorneys for Defendant CROWN BUILDING MAINTENANCE CO. dba ABLE BUILDING MAINTENANCE (erroneously sued as ABLE SERVICES)

   I served this document:

_____**BY FIRST CLASS MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary court of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____**BY PERSONAL SERVICE:** I personally delivered a copy of the documents(s) listed above to the person(s) at the address(es) set forth hereinabove.

_____**BY COURT'S ECF SYSTEM:** Pursuant to Local Rule, I filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

_____**BY ELECTRONIC TRANSMISSION/EMAIL:** Based on a court order or agreement of the parties to accept service by e-mail, or electronic transmission, I caused the documents to be sent to the persons e-mail addresses referenced above on this date. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____**FEDERAL:** I declare that the attorney for Plaintiff in this office is a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws under the United States of America that the foregoing is true and correct. Executed on *April __, 2016,* at Irvine, California.

/s/_____
Julie Kennedy

Stipulation For Dismissal With Prejudice Pursuant
To Federal Rule Of Civil Procedure 41(a)(1)(A)(ii)